McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUNA MORRISON,<br><br>        Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>        Defendant. | CIV-S-04-2687 DAD<br><br>STIPULATION AND ORDER<br>REDACTING ADMINISTRATIVE<br>TRANSCRIPT |

      The parties to the above-captioned action, by and through the undersigned counsel, with the approval of the Court, hereby stipulate that the administrative transcript certified February 4, 2005, contains confidential extra-party records at pages 157 and 158, which have no bearing on this case. The parties therefore stipulate that Defendant will redact said pages by removing them from the administrative transcript prior to the serving and filing of said transcript.

      The parties further stipulate that any review copies of the records found at pages 157 and 158, provided to Plaintiff for the purpose of reaching this agreement, shall be destroyed or returned to Defendant's counsel of record at the above-captioned address.

      The parties further stipulate that the inadvertent inclusion of said records in the administrative transcript is not and will not be a basis for a claimed error.

/////

1  The parties further stipulate that counsel for Plaintiff will provide a facsimile of this
2  document bearing counsel's original signature for retention in Defendant's case file, amd hereby
3  authorizes counsel for Defendant to file this document   in .pdf format under the latter's
4  Electronic Case Filing password, pursuant to Local Rule 7-131.

5  DATED: April 11, 2005                    /s/ Elizabeth L. Gade
                                            ELIZABETH L. GADE
6                                           Attorney at Law

7                                           Attorney for Plaintiff

8  DATED: April 11, 2005                    McGREGOR W. SCOTT
                                            United States Attorney
9

10
                                            By: /s/ Bobbie J. Montoya
11                                          BOBBIE J. MONTOYA
                                            Assistant U. S. Attorney
12
                                            Attorneys for Defendant
13

14

15                          _____oOo_____

16
                                        ORDER
17

18  APPROVED AND SO ORDERED.

19  DATED: April 21, 2005.

20
                                    /s/ Dale A. Drozd
21                                  DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE
22

23

24  Ddad1/orders.socsec/morrison2687.stipord.redact

25

26

27

28