Bruce J. Hagel CSB 63531
Elizabeth L. Gade CSB 161495
OLSON HAGEL & FISHBURN LLP
555 Capitol Mall, Suite 1425
Sacramento, CA  95814
Telephone: (916) 442-2952
Facsimile: (916) 442-1280

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUNA MORRISON<br>　　　　Plaintiff,<br>　　vs.<br>JO ANNE BARNHART,<br>　　　　Defendant | **CASE NO:  CIV-S-04-2687 DAD**<br><br>**ORDER** |

　　　Pursuant to the stipulation of the parties, electronically filed on July 22, 2005, showing good cause for dismissal of the above-entitled matter, the request is hereby APPROVED.

Dated:    July 28, 2005

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Ddad1/orders/socsec/morrison2687.stipord

1
**STIPULATION**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**OLSON HAGEL & FISHBURN LLP**
555 CAPITOL MALL, SUITE 1425, SACRAMENTO, CA 95814

2
**STIPULATION**